1 Neil Gunny - Bar No. 76639
  Natalie Vance - Bar No. 206708
2 Diyari Vazquez - Bar No. 222461
  **KLINEDINST PC**
3 777 South Figueroa Street, Suite 4700
  Los Angeles, California 90017
4 (213) 607-2115/FAX (213) 607-2116

5 Attorneys for Defendant, UNITED STATES FIGURE SKATING ASSOCIATION

6

*FILED*
*MAY 20 2005*
*CLERK, U.S. DISTRICT COURT*
*CENTRAL DISTRICT OF CALIFORNIA*
*SOUTHERN DIVISION AT SANTA ANA*
*BY_____ DEPUTY*

7                    **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

9

10 JOSEPH MERO, an individual;      )    Case Number:      SACV05-210CJC
                                    )                      (ANx)
11            Plaintiff,            )
                                    )    **PARTIES' STIPULATION AND**
12    v.                            )    **ORDER TO EXTEND TIME TO**
                                    )    **RESPOND TO COMPLAINT**
13 UNITED STATES FIGURE             )
   SKATING ASSOCIATION, a           )
14 corporation;                     )
                                    )
15            Defendants.           )    Room.:            9B
                                    )    Judge:            Cormac Carney
16                                  )    Complaint Filed:
                                         Trial Date:       None
17

18        IT IS HEREBY STIPULATED by and between Plaintiff Joseph Mero and

19 Defendant United States Figure Skating Association ("Defendant"), through their

20 designated counsel, that the time for Defendant to respond to the Complaint is

21 extended two weeks. Said extension will provide counsel for both parties with

22 sufficient time to meet and confer further with respect to Defendant's contentions

23 regarding certain alleged deficiencies with Plaintiff's Complaint. Defendant's

24 response will now be due on or before June 6, 2005.

25 ///

26 ///

27 ///

28 ///

DOCKETED ON CM
**MAY 2 3 2005**
BY_____ 040

                                    1

1   **SO STIPULATED**

2

3

4                                       KLINEDINST PC

5

6   Dated: _5/18/05_                    By: _____

7                                       NEIL GUNNY
                                        NATALIE VANCE
8                                       DIYARI VAZQUEZ
                                        Attorneys for Defendant,
9                                       UNITED STATES FIGURE
                                        SKATINGASSOCIATION

10

11

12  Dated: _5/18/05_                    By: _____

13                                      ANTHONY L. LANZA
                                        LEWIS T. MANN, III
14                                      KIMBERLY M. KIRBY
                                        Attorneys for Plaintiff, JOSEPH
15                                      MERO

16

17

18

19                                      **ORDER:**

20

21  Dated: _MAy 20, 2005_    By: _____

22                                      HON. CORMAC CARNEY
                                        U.S. DISTRICT COURT JUDGE

23

24

25  #440010.1

26

27

28

                                        1

1  Neil Gunny - Bar No. 76639
   Natalie Vance - Bar No. 206708
2  Diyari Vazquez - Bar No. 222461
   **KLINEDINST PC**
3  777 South Figueroa Street, Suite 4700
   Los Angeles, California 90017
4  (213) 607-2115/FAX (213) 607-2116

5  Attorneys for Defendant, UNITED STATES FIGURE SKATING ASSOCIATION

6

7                    **UNITED STATES DISTRICT COURT**

8          **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

9

10  JOSEPH MERO, an individual;      )    Case Number:      SACV05-210CJC
                                     )                      (ANx)
11          Plaintiff,               )
                                     )    **PROOF OF SERVICE**
12  v.                               )
                                     )
13  UNITED STATES FIGURE             )
    SKATING ASSOCIATION, a           )    Room.:            9B
14  corporation;                     )    Judge:            Cormac Carney
                                     )    Complaint Filed:
15          Defendants.              )    Trial Date:       None
                                     )
16  ___

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                              1

1

## CERTIFICATE OF SERVICE

2        I hereby certify that a copy of the foregoing PARTIES' STIPULATION
AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT was served

3    this date upon all counsel of record by placing a copy of the same in the United
States Mail, postage prepaid, and sent to their last known address as follows:

4

| | |
|---|---|
| 5    Anthony L. Lanza, Esq.<br>Lewis T. Mann, III, Esq.<br>6    LANZA & GOOLSBY<br>3 Park Plaza, Suite 1650<br>7    Irvine, CA 92614<br>949/221-0490<br>8    FAX 949/221-0027<br>Attorneys for Plaintiff JOSEPH<br>9    MERO | Attorneys for Plaintiff, **JOSEPH MERO** |
| 10   Kimberly M. Kirby, Esq.<br>MEDIASPORTSCOM P.C.<br>11   3 Park Plaza, Suite 1650<br>Irvine, CA 92614<br>12   949/679-5011<br>Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 13   | |

14        Los Angeles, CA this _19th_ day of _May_, 2005.

15

16                                          Belinda A. Porras

17

18

19

20

21

22

23

24

25

26

27

28

1